```
_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
```

## ATTACHMENT A

## STIPULATION OF FACTS

AUG 0 6 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

*The undersigned parties stipulate and agree that the following facts are true and accurate, and that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Charles Anthony Forame, IV (the "Defendant") was born in 1992, was thirty-two years old at the time these offenses were reported, and at all times resided in the State of Maryland. As detailed below, between 2023 and 2024, the Defendant operated and used online accounts with Snapchat. Using this platform, primarily under the username "Guccitrap4200," the Defendant communicated with several minor female victims, coercing, and enticing them to produce visual depictions of their genitals, or to meet with him in person to engage in sexual contact and sexual acts with him, often in exchange for marijuana or vapes.

### Group One: Coercion and Enticement of Minor Victim One (Count 1)

In November 2023, Minor Victim 1, then 14 years old, began communicating with the Defendant through Snapchat. During the conversations, the Defendant told Minor Victim 1 he was nineteen. The Defendant asked Minor Victim if he could drive down from Baltimore to her home in St. Mary's County to have sex and that he would give her marijuana and drive her and some friends around. The Defendant picked up Minor Victim 1 and drove her to another part of her neighborhood, where they engaged in sex acts in the back of his car. The Defendant then gave her a bag of "carts" or THC cartridges for vapes.

### Group Two: Sexual Exploitation of Minor Victim Two, Coercion and Enticement (Counts 2 and 6)

In November 2023, Minor Victim 2, then 13 years old, began communicating with the Defendant through Snapchat. During the conversation, the Defendant asked Minor Victim 2 to send him images of her genitals, the following exchange occurred:

| | |
|---|---|
| Minor Victim 2: | What u want |
| Defendant: | Let me see u playing with that pussy |
| Defendant: | That pussy look good I want eat it baby |

Minor Victim 2 did send a video file through Snapchat to the Defendant that depicted Minor Victim 2's exposed genitals and masturbation. Minor Victim 2 and the Defendant further discussed meeting in person; the Defendant said he would give her free stuff if she engaged in sexual acts with him, like use of his Amazon account for example, however the two never met in person.

### Group Three: Sexual Exploitation of Minor Victim Three, Coercion and Enticement (Counts 3 & 7)

In March 2024, Minor Victim 3, then 16 years old, began communicating with the Defendant through Snapchat. The Defendant told Minor Victim 3 he was twenty-one years old. The Defendant drove to her home in St. Mary's County and engaged in sex acts with her which were captured on video using a cell phone. Specifically, the Defendant produced or caused the production of 3 video files that depicted Minor Victim 3 engaged in sex acts with the Defendant and depicting her genitals, which were later found stored on the Defendant's iPhone 13.

The two continued to chat via Snapchat during this time. On April 13, 2024, Minor Victim 3 messaged the Defendant to tell him she was pregnant with his child, and about a week later she messaged him that she had terminated the pregnancy and that she was sad. The Defendant responded soon after asking "Wanna fuck?" The Defendant met with Minor Victim 3 in person about five times, and they engaged in oral and vaginal sex.

### Group Four: Coercion and Enticement of Minor Victim 4 (Count 4)

In November 2023, Minor Victim 4, then 15 years old, began communicating with the Defendant through Snapchat. The Defendant told Minor Victim 4 that he was twenty years old, and he knew that Minor Victim 4 was 15 years old and in high school. During their communications, the Defendant made plans to see Minor Victim 4 in person, telling Minor Victim 4 he wanted to engage in sex acts with her. The Defendant did travel to Minor Victim 4's home in Charles County to engage in sex acts with her.

### Group Five: Coercion and Enticement of Minor Victim 5 (Count 5)

In November 2023, Minor Victim 5, then 15 years old, began communicating with the Defendant through Snapchat. The Defendant offered money, weed or vapes in exchange for explicit videos or to engage in sex acts. Minor Victim 5 agreed to send videos only, and the Defendant offered to give her two vapes in exchange for 8 pictures and 3 videos. Minor Victim 5 sent a video of her touching her genitals as part of the following conversation excerpts:

| | |
|---|---|
| Defendant: | Why's it so dark?? I can't even see ya pussy |
| Minor Victim 5: | sorry my light was off |
| Defendant: | Can u just play with it… I wanna see it turn the light on |
| Minor Victim 5: | nrn [not right now] maybe when I'm in the shower later |
| Defendant: | U want me bring u two vapes, but can't even do what I wanted. All I wanted was a decent video of u playing with that pussy. And if u do it with the light on and show that pussy good I'll give you 3 of them instead |

| | |
|---|---|
| Minor Victim 5: | nah nrn |
| Defendant: | One of each flavor |
| Minor Victim 5: | nrn |
| Defendant: | Like I gotta drive 30 mins. To u to drop off 3 vapes worth $40 a piece and u cant even do what u say.<br>U sent 3 pics and a shitty video idc that u didn't send 8 but least could send a decent video. |

Minor Victim 5 ultimately agrees to send a video, and she provides her address, in Delaware, for the Defendant to drop off the vapes for her. The Defendant did not go her home. Nor did he drop off the items.

### Group Seven: Coercion and Enticement of Minor Victim 6 (uncharged conduct)

Minor Victim 6, who was 13 years old and attended middle school, in 6th grade, in Calvert County, began communicating with the Defendant via Snapchat in March 2024. The Defendant told Minor Victim 6 that he would bring her vapes and marijuana if she would engage in sex acts with him. Minor Victim 6 agreed to meet with him on 3 occasions near her home; they engaged in sex acts in his car, and the Defendant gave Minor Victim 6 vapes and "carts." The Defendant told her he was twenty-three years old.

### Group Eight to Ten: Sexual Exploitation and Coercion and Enticement of Minor Victims 7 to 9 (uncharged conduct)

Minor Victim 7, who was 13 years old and attended middle school, in 7th grade, in Calvert County, began communicating with the Defendant via Snapchat in September 2023. The Defendant told Minor Victim 7 he was twenty-two years old. The Defendant would ask Minor Victim 7 to send him videos and would tell her to remove her clothing and "show me something." The Defendant would tell Minor Victim 7 he wanted to travel to see her in person and engage in sex acts with her, but Minor Victim 7 continually declined. Minor Victim 7 did send a video of herself to the Defendant depicting her touching her own genitalia. The Defendant saved Minor Victim 7 within his Snap account as "Future Wifey." The Defendant also sent money to Minor Victim 7 so she could buy food or use Door Dash.

Minor Victim 8, who was then 13 years old and attended middle school in Anne Arundel County, began communicating with the Defendant via Snapchat in April 2024. The Defendant told Minor Victim 8 that he would bring her vapes in exchange for videos and sex acts. Minor Victim 8 did send images and videos depicting her genitals to the Defendant. At least one of the videos depicted Minor Victim 8 inserting an object into her genitals, which was recorded by the Defendant. They met in person near her home where he brought her vapes after she performed oral sex on him.

Minor Victim 9, who was then 14 years old and attended middle school in Anne Arundel County, began communicating with the Defendant via Snapchat in April 2024. The Defendant sent her images of vapes and told Minor Victim 9 he would be able to get these things for her in exchange for videos. Minor Victim 9 met him in person near her home in Anne Arundel County to receive a vape from him, but he threw the item out of his window, so they never actually met. Minor Victim 9 later decided she did not want to chat on Snap with him anymore. The Defendant messaged her that she owed him for the vape if she did not respond to him, he would leak her address; he told her to send him a video of Minor Victim 9 touching herself. Minor Victim 9 did send videos to the Defendant, including a video of herself masturbating her genitals as the Defendant asked as well as a few images.

The Defendant was arrested on May 24, 2024, at the La Quinta Inn in Glen Burnie, Maryland, in the parking lot, where he was found inside his vehicle, a 2022 Chevrolet Trailblazer, VIN KL79MPSL0NB026411. The Defendant used this car to transport himself to meet with several of the Minor Victims to engage in sexual acts. Inside the vehicle, two cell phones were seized:

a. A iPhone 13, serial number HQPW43QW5L; and
b. A Blu cellular phone

The videos and images described above were located on the Defendant's iPhone or were found within his Snapchat account. The text messages, and the images and videos described above were produced, or received by the Defendant knowing and having reason to know that the messages, images and videos would be transported and transmitted using any means and facility of interstate and foreign commerce, and the Defendant transported and transmitted the messages, images and videos using the internet, which is a means and facility of interstate and foreign commerce. Additionally, the Defendant produced or received the images and videos described above using a cellular phone that was manufactured outside of the United States, and was mailed, shipped, and transported in interstate and foreign commerce.

SO STIPULATED:

_____
Colleen Elizabeth McGuinn
Assistant United States Attorney


I have reviewed the foregoing Statement of Facts with my attorney, understand it, agree with it, and do not wish to change any part of it. I further understand that it is included as a part of my plea agreement with the government in this case.

_____   7-8-25
Charles Anthony Forame, IV           date
Defendant

    I am the attorney for the defendant. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

_____  7/8/25
Katherine Tang Newberger, Esq.   date
Gabriel Reyes, Esq.
Counsel for Defendant