

# DISTRICT COURT OF MARYLAND FOR Anne Arundel County

Located at 251 Rowe Boulevard, Annapolis, Maryland 21401

Case No. D-07-CR-19-007500

**STATE OF MARYLAND**    **VS.**    **FORAME, CHARLES A IV**



COMPLAINANT:
Officer: SHIPLEY, R
Agency/Subagency: AC 0004
Officer ID: 2001

CC#:                SID:              FBI#:
LID:                                  MD

Phone(H):                Phone(W):

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: SHIPLEY, R IT IS FORMALLY CHARGED THAT FORAME, CHARLES A IV at the dates, times and locations specified below:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---------|---------|---------|---------------------------|
| 1 1335 | CR 3 1001 | ███████████████████ | |

Date : 09/16/2019  Time : 1:57 AM
Tracking No. 180001203491

Judicial Officer: _____ 7070

**DISTRICT COURT OF MARYLAND FOR**

LOCATED AT (COURT ADDRESS)
251 Rowe Blvd
Annapolis MD 214

D-07-CR-19-007500

180001203491    180001203491

DEFENDANT'S NAME (LAST, FIRST, M.I.)
Forame, charles A 4th

| COMPLAINANT | | | DEFENDANT | |
|---|---|---|---|---|
| NAME (LAST, FIRST M.I.) SHIPLEY, R | | TITLE CPC | NAME (LAST, FIRST M.I.) Forame, charles A 4th | TITLE |
| AGENCY AC | SUB-AGENCY 004 | I.D. NO. (POLICE) 2001 | MAFIS NAME (LAST, FIRST, M.I.) | TITLE |
| WORK TELEPHONE 4 6 2 | | HOME TELEPHONE | I.D. NO.   RACE W   SEX M   HT. 5'11   WT. 145   D.O.B. | |
| ADDRESS 3 | | APT. NO. | OC/OCA   HA | |
| CITY EDG | | STATE MD   ZIP CODE 21037 | W   STATE MD   HOME TELEPHONE | |
| | | | ADDRESS 2   APT. NO. | |
| | | | STATE | |

☐ DOMESTIC VIOLENCE   ☐ HATE CRIME
☐ VULNERABLE ADULT ABUSE   ☐ CHILD ABUSE

Page 1 of ___1

**STATEMENT OF CHARGES**

IT IS

1

a

IN V

☒

| ☐ COMAR OR AGENCY CODE NO. _____ ; ☐ ORDINANCE NO. _____ | GOVERNMENT AND DIGNITY OF THE STATE _____ | JLF 7070 |
|---|---|---|

| 2 | CJIS CODE   AR | ON OR ABOUT (DATE) | AT (PLACE) | |
|---|---|---|---|---|

IN VIOLATION OF:

☐ MD. ANN. CODE ART _____ SEC. _____ ; ☐ COMMON LAW OF MD: _____ ; ☐ PUB. LOCAL LAW ART. _____ SEC. _____

☐ COMAR OR AGENCY CODE NO. _____ ; ☐ ORDINANCE NO. _____

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE _____

PROBABLE CAUSE  ☐ Y   ☐ N

COMMISSIONER INITIALS _____   ID NO. _____

☐ CONTINUED ON ATTACHED SHEET (FORM DC-CR-002A)
☐ APPLICANT REQUESTS REASONABLE PROTECTION FOR SAFETY OF THE ALLEGED VICTIM OR THE VICTIM'S FAMILY. - - - - - - - - - - - - - - - - - - - - -

(DESCRIBE)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATE 9-15-19   ISSUING PEACE OFFICER

AGENCY AC   SUB-AGENCY 004   I.D. NO. 2001

180001203491

**COURT COPY**

TR# 180001203491

DC-CR-002 (Rev. 10/2017) Print date 11/2017

# DISTRICT COURT OF MARYLAND FOR Anne Arundel County, Annapolis ........................ (City / County

| LOCATED AT ( COURT ADDRESS ) | DISTRICT COURT CASE NUMBER | RELATED CASES: |
|---|---|---|
| 251 Rowe Blvd.<br>Annapolis, MD 21401 | . | ............................<br>............................<br>............................ |

| COMPLAINANT | DEFENDANT |
|---|---|

**COMPLAINANT**

| NAME (LAST, FIRST, M.I.) | TITLE |
|---|---|
| SHIPLEY R | CPL |

| AGENCY | SUB-AGENCY | I.D. NO. (POLICE |
|---|---|---|
| AC | 004 | 2001 |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| (410 ) 222 1960 | ( ) |

| ADDRESS | APT. NO. |
|---|---|
| 35 STEPNEY LN | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| EDGEWATER | MD | 21037 |

☐ DOMESTIC VIOLENCE  ☐ HATE CRIME
☐ VULNERABLE ADULT ABUSE  ☐ CHILD ABUSE

Page 1 of 2

**DEFENDANT**

| NAME (LAST, FIRST, M.I.) | TITLE |
|---|---|
| FORAME, CHARLES A 4TH | |

| MAFIS NAME (LAST, FIRST, M.I.) | TITLE |
|---|---|
| | |

| I.D. NO. | RACE | SEX | HT | WT | D.O.B. (MM/DD/YY) |
|---|---|---|---|---|---|
| | W | M | 5'11 | 145 | ██████ |

| CC/OCA | HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|---|
| ██████ | | | |

| DRIVER'S LICENSE # | STATE |
|---|---|
| ██████ | MD |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| ( ) | ( ) |

| ADDRESS | APT. NO. |
|---|---|
| ██████ | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| ██████ | ██ | ██ |

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION: (MAKE A PLAIN, CONCISE AND DEFINITIVE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED )

On 15 September 2019 at 1606 hrs, I responded to ██████ located at the above address. Upon arrival I met with █████ F█ who stated that she got into a verbal argument with her boyfriend which whom they have a child. ██ stated that she got into a previous argument with Charles Anthony Forame 4th last night and broke up with him. This turned into further arguing today at around 1600 hrs when he called ██

During the call Forame and ██ argued over their relationship and property. ██ stated that Forame threatened to slash her tires as well as family members tires and to make her life "miserable and he will destroy it". He then stated that he would "shoot up the place" and hung up. Roy stated that he knew that she was at work at ██████ located in Arundel Mills Mall, Hanover MD 21076 which was open with hundreds of citizens. The store and the mall were open under normal business hours with customers inside.

██ advised that she believes he owns no guns and does not have money to buy any.

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)
Go to "continued" page

PROBABLE CAUSE CHARGES # _____

LACK OF PROBABLE CAUSE CHARGES # _____

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT<br>☒ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT<br><br>☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE. |
|---|---|

| DATE | ARRESTING OFFICER |
|---|---|
| 15 SEP 19 | |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| AC | 004 | 2001 |

| DATE | JUDICIAL OFFICER | COMMISSIONER I.D. |
|---|---|---|
| 9/16/19 | JLF | NO. 7070 |



| TRACKING NUMBER | PC DC/CR 4 (Rev. 4/2002) |
|---|---|
| | PAGE 1 OF 4 |

# DISTRICT COURT OF MARYLAND FOR Anne Arundel County, Annapolis

.................................................................................... (City / County)

| LOCATED AT ( COURT ADDRESS )<br><br>251 Rowe Blvd.<br><br>Annapolis, MD 21401 | *DISTRICT COURT<br>CASE NUMBER* |
|---|---|

| DEFENDANT'S NAME (LAST, FIRST, M.I.)<br><br>FORAME, CHARLES A 4TH | MAFIS NAME |
|---|---|

Page **2** of **2**

---

## STATEMENT OF PROBABLE CAUSE (CONTINUED)

ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

Around the time of this call, Forame arrived at the address of ▮▮▮▮▮▮▮▮ r and attempted to gather his belongings. A call for service was placed and officers responded to that address unaware of the threats call. Forame recovered his belongings and left the address.

Det. Gordon 2159 responded to the scene and assumed responsibility for applying for a extreme risk protective order.

▮▮ was advised to immediately apply for a protective order against Forame. ▮▮ stated that he could not leave work and would be off at 1900 hrs. She would then respond to the court commissioners office to apply for the protective order.

I informed ▮▮ that her parents would need to go through the eviction process to ensure Forame is not allowed to return ▮▮ was informed on what to do if Forame returns and how he can be served with protection order paperwork.

Lt Snyder 1369 (5E10) was notified and responded to the scene.

I conducted a check of an electronic database and found that Forame has no weapons listed as a owner.

▮▮ will be escorted to her vehicle at 1900 hrs by security when she leaves work for home.

Forame stated that he was going to stay with his mother as he is now "homeless". Forame at the time of this report is believed to be at work, which is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Officers arrived and located Forame at ▮▮▮▮▮▮▮. Forame was arrested and transported to Western district for booking.

ALL EVENTS OCCURED IN ANNE ARUNDEL COUNTY

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | | |
|---|---|---|
| DATE<br>15 SEP 19 | ARRESTING OFFICER | |
| AGENCY<br>AC | SUB-AGENCY<br>004 | I.D. NO.<br>2001 |



| TRACKING NUMBER |
|---|

PC DC/CR 4A (Rev. 4/02)

PAGE 2 OF 4

## NOTICE OF ADVICE OF RIGHT TO COUNSEL FOR ALL JUDICIAL PROCEEDINGS

TO THE PERSON CHARGED:

1. This paper charges you with committing a crime.

2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.

3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.

4. You have the right to have a lawyer.

5. A lawyer can be helpful to you by:
   (A) explaining the charges in this paper;
   (B) telling you the possible penalties;
   (C) explaining any potential collateral consequences of a conviction, including immigration consequences;
   (D) helping you at trial;
   (E) helping you protect your constitutional rights; and
   (F) helping you to get a fair penalty if convicted.

6. Even if you plan to plead guilty, a lawyer can be helpful.

7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.

8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.

9. **DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER.** If you do not have a lawyer before the trial date, you may have to go to trial without one.

Contact information for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

### RECEIPT

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

_____          _____
            Date                                     Signature of Defendant

_____          _____
            Date                                Commissioner              I.D. No.

**RETURN OF SERVICE**

☐ I certify that at __*1900*__ o'clock __*A* M on__ *9-15-19* __ at _____
*8273 Telegraph Rd, Odenton MD 21113* I executed this Statement of Charges by arresting the Defendant and delivered a copy of the Statement of Charges to the Defendant.

_____
            *Western District*
            Detention Facility

_____
            Signature of Peace Officer

            *CPL*
            Title